THE STATE EX REL. CAMARGO, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Camargo v. Indus. Comm.* (1999), 84 Ohio St.3d 356.]

(No. 98–847—Submitted November 10, 1998—Decided January 20, 1999.)

*Gallon & Takacs Co., L.P.A.,* and *Thomas J. Schaffer,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Reeve W. Kelsey,* Assistant Attorney General, for appellee Industrial Commission.

*Vorys, Sater, Seymour & Pease L.L.P., Elizabeth T. Smith* and *William W. Patmon III,* for appellee Mercy Hospital of Toledo.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting.   I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.